PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br>JOSE SOTOMAYOR,<br><br>                    Defendant. | Case No. 1:23-MJ-00112-BAM<br><br>MOTION AND ORDER TO UNSEAL |

      The United States moves the Court to unseal the Out of District Petition for Warrant for Person Under Supervision and all other filings in this case. On September 19, 2023, the defendant was arrested. He will make his initial appearance on September 20, 2023. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: September 20, 2023                                PHILLIP A. TALBERT
                                                             United States Attorney

                                              By:  /s/ KATRINA BROWNSON
                                                              KATRINA BROWNSON
                                                               Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  KATRINA BROWNSON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-MJ-00112-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL |
| v. | |
| JOSE SOTOMAYOR, | |
| Defendant. | |

Good cause appearing due to the defendant's arrest and pending initial appearance in this case,

IT IS HEREBY ORDERED that the Out of District Petition for Warrant for Person Under Supervision and all other filings in in the above-captioned matter be UNSEALED.

IT IS SO ORDERED.

Dated:  **September 20, 2023**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL